**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,

                      Government,

        - against -

Fabian Valerio,
                      Defendant.
-------------------------------------------------------------x

13 Cr 219 (RMB)

**ORDER**

The conference in this matter is rescheduled from 11:30 am on March 10, 2020 to 12:30 pm on April 13, 2020.

Dated: New York, New York
          March 10, 2020

**RICHARD M. BERMAN**
**U.S.D.J.**