**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                                     13 CR. 219 (RMB)
   -against-

                                                                     **ORDER**
FABIAN VALERIO,
                Defendant.
------------------------------------------------------------X

        The telephone status conference previously scheduled for Monday, July 20, 2020 at 11:30 AM is hereby rescheduled to Monday, July 27, 2020 at 10:30 AM.

        Participants, members of the public and the press can use the following dial-in information:

        USA Toll-Free Number: (877) 336-1829
        Access Code: 6265989
        Security Code: 0219

Dated: July 10, 2020
       New York, NY

                                                        _____
                                                           RICHARD M. BERMAN
                                                               U.S.D.J.