UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

     -against-

FABIAN VALERIO,
                Defendant.
------------------------------------------------------------X

13 CR. 219 (RMB)

**ORDER**

The telephone status conference previously scheduled for Monday, July 27, 2020 at 10:30 AM is hereby rescheduled to Tuesday, September 1, 2020 at 9:30 AM.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0219

Dated: July 22, 2020
        New York, NY

                                      _____
                                        RICHARD M. BERMAN
                                              U.S.D.J.