**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

       -against-

FABIAN VALERIO,
                Defendant.
------------------------------------------------------------X

13 CR. 219 (RMB)

**ORDER**

       The Court will hold a telephone status conference on Tuesday, October 27, 2020 at 1:00 PM.

       Participants, members of the public and the press can use the following dial-in information:

       USA Toll-Free Number: (877) 336-1829
       Access Code: 6265989
       Security Code: 0219

Dated: October 21, 2020
       New York, NY

                                    _____
                                        RICHARD M. BERMAN
                                              U.S.D.J.