UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                13 CR. 219 (RMB)

  -against-

**ORDER**

FABIAN VALERIO,
                Defendant.
-----------------------------------------------------------X

      The supervised release hearing previously scheduled for Wednesday, February 3, 2021 at 10:30 AM is hereby rescheduled to Wednesday, March 3, 2020 at 11:30 AM.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0219

Dated: January 28, 2021
       New York, NY

                                            _____
                                                RICHARD M. BERMAN
                                                    U.S.D.J.