UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>Fabian Valerio,<br><br>　　　　　　　　Supervisee. | Docket No. 1:13CR00219 (RMB)<br><br>ORDER |

Honorable Richard M. Berman, Senior U.S. District Judge:

IT IS HEREBY ORDERED: For the reasons stated on the record during a violation of supervised release hearing held on March 9, 2021, and attended by Fabian Valerio, the Court approves the U.S. Probation Officer's request to vacate the Violation of Supervised Release Arrest Warrant issued on March 3, 2021.

SO ORDERED.

Dated: March 9, 2021
　　　　New York, New York

*RMB*
_____
Honorable Richard M. Berman
Senior U.S. District Judge