UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
               Government,

                       13 CR. 219 (RMB)

  -against-

                       **ORDER**

FABIAN VALERIO,
               Defendant.
------------------------------------------------------------X

       The supervised release hearing previously scheduled for Thursday, August 5, 2021 at 10:00 AM is hereby rescheduled to Wednesday, August 4, 2021 at 12:00 PM.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0219

Dated: July 28, 2021
       New York, NY

                                                _____
                                                  RICHARD M. BERMAN
                                                       U.S.D.J.