UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

FABIAN VALERIO,
                Defendant.
------------------------------------------------------------X

13 CR. 219 (RMB)

**ORDER**

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, September 27, 2021 at 9:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

       Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0219

Dated: September 23, 2021
        New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.