UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                      13 CR. 219 (RMB)

  -against-

                                                    **ORDER**

FABIAN VALERIO,
                Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, December 1, 2021 at 11:30 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Participants, members of the public and the press can use the following dial-in information:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0219

Dated: November 23, 2021
       New York, NY

                                                _____
                                                   RICHARD M. BERMAN
                                                        U.S.D.J.