UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

    -against-

FABIAN VALERIO,
                Defendant.
------------------------------------------------------------X

13 CR. 219 (RMB)

**<u>ORDER</u>**

In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Wednesday, January 19, 2022 at 11:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0219

Dated: January 12, 2022
       New York, NY

_____
RICHARD M. BERMAN
U.S.D.J.