UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,  :
          :
   - against -   :   13 CR. 219 (RMB)
          :
FABIAN VALERIO,  :  **ORDER**
        Defendant.   :
------------------------------------------------------------x

     Pursuant to 28 U.S.C. § 636(b)(3), this matter is referred to Magistrate Judge Sarah L. Cave to monitor the status of defendant's supervised release, and to conduct status hearings with the parties.

Dated: New York, New York
February 10, 2022

_Richard M. Berman_
**RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/10/22

1