UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FABIAN VALERIO,

           Defendant.

CASE NO.: 13 Cr. 219 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release hearing scheduled for Wednesday, June 1, 2022, at 2:00 pm is now **RESCHEDULED** to **Monday, June 13, 2022, at 11:00 am** and will take place before Magistrate Judge Sarah L. Cave. The parties, including Mr. Valerio are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
            May 12, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**