UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

FABIAN VALERIO,

           Defendant.

CASE NO.: 13 Cr. 219 (RMB)(SLC)

**SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The supervised release term for Supervisee Fabian Valerio is set to end on January 20, 2023. Accordingly, a final supervised release hearing is scheduled for **Tuesday, December 13, 2022, at 9:00 am.** The hearing will take place <u>in person</u>, in Courtroom 17B, 500 Pearl Street, New York, New York, before the Honorable Richard M. Berman and the Honorable Sarah L. Cave.

The Court requests Mr. Valerio's mental health and substance abuse counselor(s) to attend, as well as any person whom Mr. Valerio would like to speak on his behalf.

Dated:    New York, New York
           November 16, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**